ESTELLE TOOLE, as Administratrix of the Estate of FRANK S. TOOLE, Deceased, Respondent, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

(Argued October 8, 1930; decided October 24, 1930.)

*K. O. Mott-Smith* and *Jacob Aronson* for appellant.

*A. H. F. Seeger, Thomas Gagan* and *Frank Comesky* for respondent.

Judgment of the Appellate Division and that of the Trial Term reversed and complaint dismissed, with costs in all courts, on authority of *Schrader* v. *N. Y., C. & St. L. R. R. Co.* (254 N. Y. 148).

Concur: CARDOZO, Ch. J., POUND, LEHMAN, KELLOGG and O'BRIEN, JJ. Dissenting: CRANE and HUBBS, JJ.